**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DONYALE SHOWERS AND CHARLES SHOWERS,

     Petitioner

    v.

SAM'S EAST, INC.,

     Respondent

:   No. 787 MAL 2018
:
:
:
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 20th day of May, 2019, the Petition for Allowance of Appeal is

**DENIED**.